In the Matter of the Claim of MARIA SWANSON, Respondent, against IRA A. CAMPBELL et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued October 6, 1938; decided October 25, 1938.

*William E. Lyons* for appellants.

*Joseph Arcoleo* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.